UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IDEXX LABORATORIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-1537 |
| | § | |
| CONWAY FREIGHT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

On September 24, 2008, Defendant filed a Motion to Transfer this case to the United States District Court of Nebraska (Doc. 9).  Plaintiff has not filed a response, and the time for response has now passed.  The Motion is considered unopposed, and it is **GRANTED**.  This case is **TRANSFERRED** to the United States District Court for the District of Nebraska.  All Parties are to bear their own costs, expenses, and attorneys' fees incurred herein to date.

**IT IS SO ORDERED.**

DONE at Houston, Texas this 10th day of November, 2008.

_____
Samuel B. Kent
United States District Judge