# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IDEXX LABORATORIES, INC.,** | CASE NO. 8:09CV12 |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| **CON-WAY FREIGHT, INC.,** | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal. The stipulation for dismissal with prejudice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal (Filing No. 19) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 23rd day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge